UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ALEX RODRIGUEZ,

                Plaintiff,

   -against-

OTIS BANTUM CORRECTIONAL
FACILITY, ET AL.,

                Defendants.

24 CIVIL 9651 (LTS)

CIVIL JUDGMENT

    For the reasons stated in the February 25, 2025, order, this action is dismissed.

    The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith.

SO ORDERED.

Dated:   February 26, 2025
         New York, New York

                              /s/ Laura Taylor Swain
                            LAURA TAYLOR SWAIN
                        Chief United States District Judge